1    Michael J. Nader SBN 200425
     michael.nader@ogletree.com
2    Daniel E.  Richardson SBN 289327
     daniel.richardson@ogletree.com
3    OGLETREE, DEAKINS, NASH, SMOAK &
     STEWART, P.C.
4    500 Capitol Mall
     Suite 2500
5    Sacramento, CA  95814
     Telephone:     916-840-3150
6    Facsimile:     916-840-3159

7    Attorneys for CLAYCO, INC., and UNITED
     CONTRACTOR SERVICES LLC

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12   WORKFORCE DEFENSE LEAGUE,              Case No. 2:22-CV-00503-JAM DB

13            Plaintiff,                    **STIPULATION TO EXTEND TIME TO**
                                            **RESPOND TO PLAINTIFF'S SECOND**
14        v.                                **AMENDED COMPLAINT; ORDER**

15   CLAYCO, INC., and UNITED
     CONTRACTOR SERVICES LLC                (San Joaquin County Superior Court Case No.
16                                          STK-CV-UOE-0000716)
              Defendants.
17                                          Complaint Filed:  January 28, 2022
                                            Trial Date:       None Set
18

19        Pursuant to Civil Local Rules 143(a)(1) and 144(a), the parties, Plaintiff Workforce Defense

20   League ("Plaintiff") and Defendants Clayco, Inc. and United Contractor Services LLC  (collectively,

21   "Defendants") by and through their respective counsel of record, hereby stipulate to jointly request

22   the Court to extend the time for Defendants to respond to Plaintiff's Second Amended Complaint to

23   September 30, 2022.  The parties state as follows:

24        1.       On or about January 28, 2022, Plaintiff filed an unverified Complaint in the Superior

25   Court of the State of California, County of San Joaquin, captioned *Workforce Defense League v*

26   *Clayco, Inc. and United Contractor Services LLC*, which was assigned case number STK-CV-UOE-

27   0000716.

28   / / /

                                            1

2.     On or about February 22, 2022, Plaintiff served the Summons and Complaint on Defendant's registered agent.

3.     Defendants removed Plaintiff's Complaint to the United States District Court for the Eastern District of California on March 17, 2022.  (ECF No. 1.)

4.     On March 23, 2022, the parties filed a stipulation in which Defendants consented to Plaintiff to filing a first amended complaint pursuant to Federal Rule of Civil Procedure 81(c). (ECF No. 8.) Plaintiff filed its First Amended Complaint ("FAC") on April 13, 2022. (ECF. No. 10).

5.     On April 27, 2022, Defendants filed a motion to dismiss or, in the alternative, strike allegations from Plaintiff's FAC. (ECF No. 11.)

6.     On August 22, 2022, this Court issued an order granting in part and denying in part Defendants' motion to dismiss and motion to strike with leave to amend. (ECF. No. 20.) Plaintiff filed its Second Amended Complaint ("SAC") on September 2, 2022. (ECF. No. 21.)

7.     On September 16, 2022, counsel for the parties met and conferred by phone to discuss Defendants' planned motion to dismiss or strike Plaintiff's SAC, and an extension of time for Defendants' to respond to the SAC.

8.     Pursuant to Local Rule 144(a), the parties have agreed to request the Court to extend the deadline for Defendants to respond to Plaintiff's SAC from September 22, 2022, to September 30, 2022.

NOW, THEREFORE, the Parties hereby stipulate and request the Court to extend the deadline for Defendants to respond to Plaintiff's SAC from September 22, 2022 to September 30, 2022.

**IT IS SO STIPULATED**.

DATED:  September 20, 2022                  WEINBERG, ROGER & ROSENFELD


                                           By:   */s/ Andrea Matsuoka*
                                                 Matthew J. Gauger
                                                 Ezekiel D. Carder
                                                 Andrea Matsuoka
                                                 Attorneys for Plaintiff WORKFORCE
                                                 DEFENSE LEAGUE

DATED:  September 20, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Daniel E. Richardson
Michael J. Nader
Daniel E. Richardson
Attorneys for CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED:  September 20, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Daniel E. Richardson
Michael J. Nader
Daniel E. Richardson
Attorneys for CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby orders the deadline for Defendants to respond to Plaintiff's Second Amended Complaint from September 22, 2022 to September 30, 2022.

**IT IS SO ORDERED**.

DATED:  September 20, 2022

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE