Andrea C. Matsuoka, Bar No. 289106
Noah W. Stark, Bar No. 364325
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 443-6600
Fax: (916) 442-0244
E-mail: amatsuoka@unioncounsel.net
       nstark@unioncounsel.net
       courtnotices@unioncounsel.net

Maximillian D. Casillas, Bar No. 311669
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, CA 90017
Telephone: (213) 380-2344
Fax: (213) 443-5098
E-Mail: courtnotices@unioncounsel.net
       mcasillas@unioncounsel.net

Attorneys for Plaintiff Workforce Defense League

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKFORCE DEFENSE LEAGUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00503-JAM-SCR<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>(San Joaquin County Superior Court Case No. STK-CV-UOE2022-0000716)<br><br>Date of Removal: March 17, 2022<br>Complaint Filed: January 28, 2022<br>FAC Filed: April 13, 2022<br>SAC Filed: September 2, 2022<br>Case Stayed: August 21, 2023<br>Trial Date: None Set |

1

STIPULATION AND ORDER TO DISMISS ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)
Case No. 2:22-CV-00503-JAM-SCR

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, California 95814
(916) 443-6600

# RECITALS

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), Plaintiff WORKFORCE DEFENSE LEAGUE, by and through its counsel, Andrea Matsuoka of Weinberg Roger & Rosenfeld, APC, and Defendants CLAYCO, INC. and UNITED CONTRACTOR SERVICES LLC by and through their counsel Michael J. Nader of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., collectively referred to as the "Parties," hereby request the dismissal of the above-captioned action without prejudice.

2. On August 21, 2023, the Court granted the Defendants' motion staying the above-captioned action pending the completion of the California Labor Commissioner's Bureau of Field Enforcement ("BOFE") overlapping investigation of Defendants' conduct at their Big Bird Amazon Warehouse project at 1500 E. Grant Line Rd in Tracy, California.

3. The BOFE investigation and proceedings are still ongoing as of December 22, 2025.

4. In the interest of judicial economy, the Parties have agreed to dismiss the above-captioned action.

# STIPULATION

NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action filed herein be dismissed without prejudice and without an award of costs or fees to any party.

**IT IS SO STIPULATED.**

Dated: December 30, 2025

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /S/
ANDREA C. MATSUOKA

Attorney for Plaintiff WORKFORCE DEFENSE LEAGUE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, California 95814
(916) 443-6600

2

STIPULATION AND ORDER TO DISMISS ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)
Case No. 2:22-CV-00503-JAM-SCR

Dated: December 30, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
Professional Corporation

By: /s/ Michael J. Nader (as authorized on 12/30/25)
MICHAEL J. NADER

Attorney for Defendants CLAYCO, INC. and UNITED CONTRACTOR SERVICES, LLC

## ORDER

Based on the Parties' Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** and that all pending matters and dates set before this Court are hereby **VACATED**. This Court will take no further action regarding this case.

The Clerk of Court is **DIRECTED** to **CLOSE** this action.

**IT IS SO ORDERED.**

Dated: December 30, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
431 I Street, Suite 201
Sacramento, California 95814
(916) 443-6600